# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) ) Case No.: 4:25-cv-5051 |
| v. | ) ) Related Cases: ) 2:25-cv-02183 (D.N.J.) |
| AP MAX INCORPORATED d/b/a SOUTHEND PHARMACY, | ) 4:25-cv-03464 (S.D. Tex.) ) 4:23-cv-03521 (S.D. Tex.) ) |
| Defendant. | ) |

## PLAINTIFF ELI LILLY AND COMPANY'S NOTICE OF RELATED CASES

Pursuant to LR 5.2, Plaintiff Eli Lilly and Company discloses the following cases that may involve some overlapping legal and/or factual issues with the above-captioned case and thus may be deemed to "relate" to the above captioned case:

1. Case No. 2:25-cv-02183 (New Jersey District Court), filed April 1, 2025: Eli Lilly and Company v. Empower Clinic Services, LLC d/b/a Empower Pharmacy, Empower Clinic Services New Jersey LLC d/b/a Empower Pharma.

2. Case No. 4:25-cv-03464 (Texas Southern District Court), filed July 25, 2025: Eli Lilly and Company v. Empower Clinic Services, LLC d/b/a Empower Pharmacy.

3. Case No. 4:23-cv-03521 (Texas Southern District Court), filed September 19, 2023: Eli Lilly and Company v. Revive RX, LLC.

Dated: October 22, 2025

/s/ Eugene Temchenko
Eugene Temchenko
Attorney-in-Charge
Texas State Bar No. 24118928
Southern District No. 3929004
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 432-5072
Facsimile: (214) 972-1771
eugene.temchenko@kirkland.com

James F. Hurst (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
Robin A. McCue (*pro hac vice forthcoming*)
Ryan J. Moorman (*pro hac vice forthcoming*)
James R.P. Hileman (*pro hac vice forthcoming*)
Nicholas M. Ruge (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com
ryan.moorman@kirkland.com
jhileman@kirkland.com
nicholas.ruge@kirkland.com

Joshua L. Simmons (*pro hac vice forthcoming*)
Jeanna M. Wacker (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

David I. Horowitz (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
dhorowitz@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of October 2025, a true and correct copy of the above was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means. In addition, the foregoing was provided to a private process server for personal service on the following:

> AP Max Incorporated d/b/a Southend Pharmacy
> c/o Survam Patel
> 10910 West Bellfort St.,
> Houston, Texas 77099

*/s/ Eugene Temchenko*
Eugene Temchenko