United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-5051 |
| | § | |
| AP MAX INCORPORATED D/B/A | § | |
| SOUTHEND PHARMACY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Pending before the Court is Defendant AP Max Incorporated's Motion to Dismiss (Document No. 37). Having considered the motion, submissions, and applicable law, the Court determines that the pending motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant AP Max Incorporated's Motion to Dismiss (Document No. 37) is **DENIED**.

SIGNED at Houston, Texas, on this __17__ day of April, 2026.

_____
DAVID HITTNER
United States District Judge